**SEQUOYAH CLUB v. WARD. County Treasurer.**

No. 9102—Opinion Filed Aug. 20, 1918.

(174 Pac. 747.)

(Syllabus.)

**Appeal and Error—Failure to File Brief—Affirmance.**

Where plaintiff in error fails to serve and file brief as prescribed by rule 7 of this court (47 Okla. vi, 165 Pac. vii), no excuse being offered therefor, the judgment of the trial court should be affirmed.

Error from District Court. Cherokee County; John H. Pitchford, Judge.

Action by the Sequoyah Club against Henry Ward, County Treasurer of Cherokee County. From a judgment sustaining a demurrer to the petition, plaintiff brings error. Affirmed.

J. C. Denton, for plaintiff in error.

Henry M. Vance, for defendant in error.

RAINEY, J. This is an appeal from an order of the district court of Cherokee county, sustaining a demurrer to the plaintiff's petition for an injunction against the defendant from advertising and selling certain of plaintiff's lands for taxes.

The petition in error and case-made were filed in this court on May 3, 1917, and the cause was finally submitted to this court on June 11, 1918. On May 28, 1918, an order was made, allowing plaintiff until June 11, 1918, to file brief. Up to the present time no brief has been filed by the plaintiff in error, as required by rule 7 of this court (47 Okla. vi, 165 Pac. vii), and no further request for an extension of time to serve and file brief has been made by plaintiff in error, nor has it offered any excuse for its failure to serve and file such brief.

For these reasons, the judgment appealed from is affirmed.

All the Justices concur.

**CANTWELL et al. v. PATTERSON et al.**

No. 9107—Opinion Filed Aug. 27, 1918,

(174 Pac. 754.)

(Syllabus.)

**Appeal and Error—Dismissal — Failure to File Briefs.**

Appeal dismissed for failure to file briefs.

Error from County Court, Stephens County; J. W. Marshall, Judge.

Action between Julia F. Cantwell and others and Alfred Patterson and another. From the judgment, Cantwell and others bring error. Appeal dismissed.

R. E. Bowling and L. H. Hampton, for plaintiffs in error.

C. Riley, for defendants in ereror.

KANE, J. This cause was submitted for opinion on the 11th day of June, 1918, at which time the plaintiff in error was granted 20 days to file brief, the defendant in error to file his brief within 20 days thereafter. This time having long since expired. and no briefs having been filed by either party, the appeal is dismissed for failure to file briefs.

All the Justices concur.